**ZBS Law, LLP**
3550 N. Central Ave., Ste. 1190
Phoenix, AZ 85012
Phone: (602) 282-6188
Fax: (602) 865-8086
E-mail: Jsherman@zbslaw.com
Jason P. Sherman, Esq. (AZ Bar #019999)
Attorneys for Lakeview Loan Servicing, LLC
[File No. 23005593]

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:

Jarrod S Mrus and Nicole L King,

    Debtors,

Case # 2:23-bk-06721-MCW

Chapter 13

**OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN By Lakeview Loan Servicing, LLC**

Lakeview Loan Servicing, LLC, ("SECURED CREDITOR"), a secured creditor in this bankruptcy case, through undersigned counsel hereby objects to the confirmation of the Chapter 13 Plan filed by the Debtor for the reasons stated below.

1. SECURED CREDITOR is the holder of a note ("the SECURED CREDITOR Note"), secured by a deed of trust recorded in the first position against certain real property, ("the Property"), generally described as 14823 N. 29th Ave., Phoenix, Arizona 85053, and legally described as:

> Lot 168, GREENWAY VILLAGE, according to Book 132 of Maps, Page 9, record of Maricopa County, Arizona

Copies of the Note, Deed of Trust and Assignment of Deed of Trust held by SECURED CREDITOR and will be attached to the proof of claim which will be filed prior to the deadline.

2. The plan, in its current form, is ambiguous as to the Debtors' ability to strip Secured Creditor's claim upon the completion of the plan. Specifically, the plan provides that ". .

. the Plan will modify rights and duties of the Debtors and credits, except secured creditors will retain their liens **until the earlier of payment of the underlying debt or Debtors' discharge under Code § 1328**." (emphasis added) (Docket No.: 2, Page 1, Para. 4). This portion of the Plan suggests that Secured Creditor's lien will be retained until such a time that a discharge is entered. However, this is contrary to treatment afforded to Secured Creditor under the code. Accordingly, Secured Creditor objects to the treatment of its lien to the extent of potentially losing its security interest.

3. The amount of the post-petition payments will change over the duration of this bankruptcy proceeding due to changes in the interest rate and escrow amount impounded for taxes and insurance. Therefore, SECURED CREDITOR objects to plan to pay a fixed amount as stated in the plan for regular post-petition payments. The Debtors must pay the then-current monthly payment amount, as that amount may vary over the term of the plan.

WHEREFORE, SECURED CREDITOR objects to confirmation of the Chapter 13 Plan.

DATED this 14th day of November, 2023

ZBS Law, LLP

/s/ Jason P. Sherman
Jason P. Sherman, Esq.
Lakeview Loan Servicing, LLC

Original e-filed this 14th day of
November, 2023 with:

United States Bankruptcy Court
District of Arizona

Copy of the foregoing was mailed
on the 14th day of November, 2023 to:

| | |
|---|---|
| 1 | Chapter 13 Trustee: |
| 2 | **EDWARD J. MANEY**<br>101 N. FIRST AVE., SUITE 1775 |
| 3 | PHOENIX, AZ 85003 |
| 4 | Attorney for Debtors:<br>**THOMAS ADAMS MCAVITY** |
| 5 | Phoenix Fresh Start Bankruptcy Attorneys<br>4131 Main Street |
| 6 | Skokie, IL 60076-2780 |
| 7 | Debtors: |
| 8 | **JARROD S MRUS**<br>**NICOLE L KING** |
| 9 | 14823 N 29TH AVE<br>PHOENIX, AZ 85053 |
| 10 | By /s/ Jason P. Sherman |